LEON WOLFF, Respondent, v. HENRY F. EGGERS, Appellant.— In an action to recover damages for breach of contract, order granting plaintiff a discovery and inspection of books of account and a lease affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ., concur.

## THIRD DEPARTMENT, FEBRUARY, 1955.

### (February 3, 1955.)

TRIPLE CITIES CONSTRUCTION CO., a Copartnership, Respondent, v. DAN-BAR CONTRACTING CO. INC., Defendant, and MARYLAND CASUALTY COMPANY, Appellant.— Motion for permission to appeal to the Court of Appeals on certified questions granted and the order shall conform with the regulations affecting orders. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ. [See ante, p. 299; post, p. 992.]